UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND DISTRICT
BALTIMORE DIVISION



FILED
NOV 19 2012
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:                                    :        CASE NO. 12-18903-DER
                                                   CHAPTER 13
MICHAEL ALLAN MCNEIL
                                          :

DEBTOR
                                          :

## NOTICE OF APPEAL

Michael Allan McNeil, the Debtor appeals under 28 U.S.C. § 158(a) or (b) from the judgment, orders overruling his objection to Claim No. 3 (ECF 85) on September 27, 2012, which lead to the bankruptcy court denying the Debtors confirmation plan on September 26, 2012, which the debtor is appealing whereas the aforementioned orders were determined and ruled upon before Judge Rice on September 25, 2012. Subsequently, the Debtor filed a motion for reconsideration on concerning his aforementioned Objection to Claim and his the denial of confirmation of his bankruptcy plan whereas the court denied his motion on November 5, 2012.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Belli, Weil & Grozbean, P.C.**
c/o Henry E. Weil, Esq.
111 Rockville Pike, Suite 980
Rockville, MD 20850
(301) 738-5700
*(Creditor)*

**Michael Allan McNeil**
7014 Gentle Shade Road Apt 402
Columbia, MD 21046
410-505-8617
SSN / ITIN: xxx-xx-1361
*(Debtor)*

**Stephen A. Drazin**
The Drazin Law Center, P. A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
410-730-6536
410-730-7311 (fax)
Email: cjacobson@drazinlaw.com
(Creditor)

**Cary C Jacobson**
THE DRAZIN LAW CENTER, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
410-730-6536
410-730-7311 (fax)
Email: CJacobson@Drazinlaw.com
(Attorney For Stephan A. Drazin)

1

**JPMorgan Chase Bank, National Association**
c/o Randa S. Azzam, Esquire
Samuel I. White, P. C.
913 King Street
Alexandria, VA 22314
*Added: 05/24/2012*

**V. Peter Markuski, Jr.**
c/o Jeffrey W. Bernstein, Esq.
Goozman, Bernstein & Markuski
9101 Cherry Lane
Suite 207
Laurel, MD 20708
301-953-7480
301-953-1339 (fax)
Email: jwbernstein@gbmlawfirm.com
*Added: 07/16/2012*
*(Creditor)*

**Sarah P. McNeil**
4721 Middle Court
Ellicott City, MD 21043
*Added: 09/10/2012*
*(Creditor)*

**Nancy Spencer Grigsby**
4201 Mitchellville Rd. Ste 401
Bowie, MD 20716
(301) 805-4700
301-805-9577 (fax)
Email: grigsbyecf@ch13md.com
*Added: 05/11/2012*
*(Trustee)*

**Randa S. Azzam**
Samuel I. White, P.C.
913 King St.
Alexandria, VA 22314
(703) 739 1070
703 739-2619 (fax)
Email: razzam@siwpc.com
(Attorney For JPMorgan Chase Bank, National Association)

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708
(301) 953-7480
Email: jwbernstein@gbmlawfirm.com
(Attorney for V. Peter Markuski, Jr. )

**Cary C Jacobson**
THE DRAZIN LAW CENTER, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044
410-730-6536
410-730-7311 (fax)
Email: CJacobson@Drazinlaw.com
(Attorney for Sarah P. McNeil)

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201
*Added: 09/28/2012*
*(Interested Party)*

2

*[signature]*

Michael A. McNeil
7014 Gentle Shade Road
Apartement 402
Columbia, MD 21046
410-505-8617
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of November, 2012 I mailed a copy of the of the aforementioned via First Class, United States Mail, postage fully prepaid to the following:

Adam R. McNeil
4721 Middle Court
Ellicott City, Md 21043

American Express
PO Box 981537
El Paso, TX  79998

Bank of America
PO Box 17054
Wilmington, DE 19850

Chase
PO Box 24696
Columbus, OH 43224

Henry E. Weil
Belli, Weil & Grozbean, P.C.
111 Rockville Pike, Suite 980
Rockville, MD 20850

Maryland Child Support Enforcement Administration
311 W. Saratoga Street
Baltimore, MD 21201

Sarah P. McNeil
4721 Middle Court
Ellicott City, MD 21043

Stephen A. Drazin, Esq.
The Drazin Law Center, P.A.
10420 Little Patuxent Parkway, Suite 100
Columbia, MD 21044

Severna Park Evangelical Presbyterian Church
110 Ritchie Highway
Pasadena, MD 21122

The Columbia Bank
10480 Little Patuxent Pkwy
Columbia, MD-210443568

TGM Stonehaven
7030 Gentle Shade Rd
Columbia, MD 21046

V. Peter Markuski, Jr., Esq.
Goozman, Bernstein & Markuski
Suite 207
9101 Cherry Lane
Laurel, MD 20708-1147

Verizon Wireless
20 Alexander Drive
PO BOX 5029
Wallingford, CT 06492

Humanium, Inc
6355 Woodside Court
Columbia, MD 21046

DMV Adjudication Services
PO Box 2014
Washington, DC 20013

Nancy Spencer Grigsby
4201 Mitchellville Rd Suite 401
Bowie, MD 20716

Randa S. Azzam
Samuel I. White, P.C.
913 King St.
Alexandria, VA 22314

Jeffrey Wayne Bernstein
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708

Cary C Jacobson
THE DRAZIN LAW CENTER, P.A.
10420 Little Patuxent Parkway
Suite 100
Columbia, MD 21044

U.S. Trustee's Office
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201

Michael A. McNeil "Pro Se"
7014 Gentle Shade Road
Apartment 402
Columbia, MD 21046
(410) 505-8617
mamcneil@gmail.com