# *FILED SEPARATELY SHEET*

Civil Docket No.  12-cv-3706

## *FILED SEPARATELY*

☐ Answer

☐ Answer and attachment(s)

☒ Attachment(s) Appendix filed separately – print too light to scan

☐ Exhibit(s)

☐ Motion:  Name of Motion.

☐ Sealed

☐ Transcript of Proceedings before the Court on Click here to enter a date.

☐ Transcript of Proceedings before SSA

☐ Deposition of Name of Deposed Person.  taken on Click here to enter a date.

☐ Other Other Document.

## *MARGINAL ORDER*

For Pleading No. Click to Enter Text.

See Pleading No. Click to Enter Text.

**NO. 4**