IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

MICHAEL ALLEN MCNEIL,        *

    Appellant,        *

        v.        * CIVIL NO.: WDQ-12-3819

STEPHEN A. DRAZIN,        *

    Appellee        *

\* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL ALLEN MCNEIL,        *

    Appellant,        *

        v.        * CIVIL NO.: WDQ-12-3706

V. PETER MARKUSKI, JR.,        *

    Appellee        *

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 9th day of October, 2013, ORDERED that:

1. The Bankruptcy Court's decisions in case number 12-18903-DER (ECF Nos. 85, 160) overruling objections to Defendants' proofs of claim BE, and HEREBY ARE, AFFIRMED;

2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to the Appellant and counsel for the Appellees.

_____
William D. Quarles, Jr.
United States District Judge