# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: MICHAEL A. MCNEIL | * | |
| Debtor | * | |
| _____ | * | Civil No.: 1:12-cv-03706 |
| MICHAEL A. MCNEIL | * | |
| Appellant | * | |
| v. | * | |
| V. PETER MARKUSKI, JR., | * | |
| Appellee | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

Michael Allan McNeil, the Appellant/Debtor appeals to the United States Court of Appeals for the Fourth Circuit from the final order of the district court of Maryland, entered on this case on October 10, 2013 ORDER [ECF 13] affirming the bankruptcy court's ruling signed by the Honorable William D. Quarles Jr on October 9, 2013 [ECF 13]. (Note the District Court Judge signed the attached order for both cases 1:12-cv-03819 McNeil v Drazin and 1:12-cv-03706 McNeil v. Markuski, but the order was only filed in the McNeil v. Markuski case. Attached is Exhibit A the order being appealed from)

1

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**V. Peter Markuski, Jr.**
c/o Jeffrey W. Bernstein, Esq.
Goozman, Bernstein & Markuski
9101 Cherry Lane
Suite 207
Laurel, MD 20708
301-953-7480
301-953-1339 (fax)
Email: jwbernstein@gbmlawfirm.com
*(Defendant/Appellee)*

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708
(301) 953-7480
Email: jwbernstein@gbmlawfirm.com
(Attorney for V. Peter Markuski, Jr. )

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093
(410) 296-0888 x101
*(Chapter 7 Trustee)*

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201
*Added: 09/28/2012*
*(Interested Party)*

*Michael Allan McNeil*
*7014 Gentle Shade Road Apt 402*
*Columbia, MD 21046*
*410-505-8617*
*SSN / ITIN: xxx-xx-1361*
*(Debtor/Plaintiff)*

*[signature]*

Michael A. McNeil
7014 Gentle Shade Road – Apt 402
Columbia, MD 21046
410-505-8617
mamcneil@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of October, 2013  I mailed a copy of the of the aforementioned  via First Class, United States Mail, postage fully prepaid to the following:

**Jeffrey Wayne Bernstein**
Goozman, Bernstein, et al.
9101 Cherry Lane
Suite 207
Laurel, MD 20708

**Evan M. Goldman**
Goldman & Goldman, P.A.
Foxleigh Building
2330 West Joppa Road, Suite 300
Lutherville, MD 21093

**U.S. Trustee's Office**
101 W. Lombard St.
Suite 2625
Baltimore, MD 21201


_____
Michael A. McNeil "Pro Se"